FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

18-05-063
(Inmate Number)

Charles Dominic Dennis
(Name of Plaintiff)

99 Water St. - MiLDR~~ED~~

(Address of Plaintiff)

Wilkes-Barre, PA

vs.

Officer James Sheridan,
Officer Michael McGrath,
Wilkes Barre Police Department,
Attorney John Donovan, et al
(Names of Defendants)

_____ (Case Number)

COMPLAINT

JURY TRIAL Requested

FILED
SCRANTON
JUN 04 2018
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   
   2011 - Dennis vs. Dallas Twp. Officer Feeney - Case # Unknown   Honorable Judge Yvette Kane
   
   2008 - Dennis vs. Newport Twp. Police Dept, Children & Youth - Case # Unknown.   Honorable Judge Yvette Kane

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes _____ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      _____ Yes ✓ No
      
      If your answer is no, explain why not  Grievance procedure does not include police officers only correctional officers.

   C. Is the grievance process completed? ✓ Yes _____ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant **James Sheridan** is employed as **Police Officer** at **Wilkes-Barre Police Department**.

B. Additional defendants **Michael McGrath - Patrol Officer - Wilkes-Barre Police Department**

**Atty. John Donovan - Public Defender, Public Defenders Office Penn Plaza Wilkes-Barre, PA.**

(Other Defendants to be added in Amended Complaint)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Officers wrongly arrested and detained Plaintiff at the Plaintiffs own residence, 57 Poplar St, Wilkes Barre, PA 18702. Plaintiff has lived at this address with his girlfriend, Kimberly McAndrew since January 7th 2018. Plaintiff has numerous utilities in his name at this address, including, phone, wifi, electric and others.

2. Officers Sheridan and McGrath ignored Plaintiffs attempt to explain that he legally resided at 57 Poplar St, Wilkes-Barre, PA 18702, and falsely charged him with Criminal Trespass, Stalking, Terroristic Threats, Simple Assault and Harassment. These charges resulted in Plaintiff wrongful Arrest and incarceration in violation of the Plaintiffs 1st, 4th and 8th Amendment Rights as well as other Civil Rights violations. These violations will become clear and explained better in future filings.

3. On May 15th Plaintiff was called to Central Court at 77 Water St. Wilkes Barre PA. Both Officer Sheridan and McGrath were present as well as Atty. John Donovan and Plaintiff. Plaintiff did not see a Judge or witnesses but was held in a holding cell. Attorney John Donovan and Officers Sheridan and McGrath tried to intimidate the Plaintiff into forwarding the most serious charges against him to County Court. Attorney Donovan did not explain Plaintiffs right to a hearing. Attorney Donovan said I should sign the paper and nothing else. Plaintiff demanded a hearing and contacted the Public Defenders office to obtain a different Public Defender.

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Plaintiff respectfully asks the court to help Plaintiff pursue his claims of 1st, 4th and 8th Amendment Civil rights violations, And pursue claims of wrongful arrest against Wilkes-Barre Police Officers, James Sheridan and Michael McGrath.

2. Help plaintiff pursue claims of intimidation, 1st, 4th and 8th Amendment Civil rights violations against Attorney John Donovan and officers Sheridan and McGrath. These claims will become clearer and more defined in future filings.

3. If possible Plaintiff requests the defendants be held responsible for their action and to help the Plaintiff pursue recovery for civil right violations as well as violations of plaintiffs 1st, 4th and 8th Amendment Rights. Plaintiff Respectfully requests a Jury Trial, and Summary and punitive damages the Jury sees fit to impose.

Signed this 30th day of MAY, 2018

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

May 5th 2018
(Date)

_____
(Signature of Plaintiff)

Dear Clerk,                May 30th 2018

Dear Sir, Please find enclosed my Petition for a Section 1983 Civil Rights Violation.

This is all I could obtain here at Luzerne County Correctional Facility.

If you could, Please send an In forma Pauperous Application as well as any other paperwork Included.

Thank you,

Charles D. Dennis

P.S.- If Possible. Please send a copy of this original complaint back to me.

Charles Dennis
MI-DRL LCDC
99 Water St.
Wilkes-Barre, PA 18702

correspondence is from a county
ctional facility and the sender is an
te. The contents have not been
ked. Luzerne County Correctional
ity is not responsible for the
...ents or for debts.

Clerk of Court
U.S. Federal Court
Wm. J Nealon Bldg.
235 North Washington Ave.,
Scranton, PA
18503

LEHIGH VALLEY PA 180
31 MAY 2018 PM 1 FOREVER USA
Barn Swallow

RECEIVED
SCRANTON
JUN 04 2018
PEn_____
DEPUTY CLERK